**Order entered November 4, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00785-CV

**JIMMY HOUSTON, Appellant**

**V.**

**CITIMORTGAGE INC., Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-02798-E**

## ORDER

Before the Court is appellee's November 1, 2016 motion requesting substitution of counsel. We **GRANT** the motion and **DIRECT** the Clerk of this Court to remove Mark D. Hopkins and Shelly L. Hopkins with the law firm of Hopkins Law, PLLC as counsel for appellee and add Michael J. McKleroy, Jr., C. Charles Townsend, and Ginny E. Webb of Akerman LLP in their place.

/s/     CRAIG STODDART
           JUSTICE